1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
RALPH A. ZAPPALA, SB# 102052
2    zappala@lbbslaw.com
SHAHRAM NASSI, SB# 239812
3    nassi@lbbslaw.com
One Sansome Street, Suite 1400
4 San Francisco, California 94104
Telephone: (415) 362-2580
5 Facsimile: (415) 434-0882

6 Attorneys for Defendant, THE SHERWIN-WILLIAMS COMPANY

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CITY OF EMERYVILLE,<br><br>    Plaintiff,<br><br>v.<br><br>THE SHERWIN WILLIAMS COMPANY, DOES 1-50,<br><br>    Defendants. | CASE NO. 3:09-CV-05680-JCS<br><br>**E-FILING**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER.**<br><br>Date: March 12, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom A - 15th Floor<br>Judge: Honorable Joseph C. Spero |

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Defendant THE SHERWIN-WILLIAMS COMPANY and Plaintiff CITY OF EMERYVILLE (collectively referred to herein as "the Parties"), by and through their respective counsel of record, that the Case Management Conference set for March 12, 2010 at 1:30 p.m. be continued for 90 days.

The Parties have engaged in meaningful discussions about a potential resolution of this matter, and request the continuance in order to schedule a meeting between representatives of each party to negotiate a potential resolution.

The Parties also request that all related dates, be continued as well in relation to the new Case Management Conference hearing date.

/ / /



4821-4197-0437.1

STIPULATION TO CONTINUE CMC HEARING

1  IT IS SO STIPULATED.

3  DATED: February __, 2010          OFFICE OF THE CITY ATTORNEY, CITY OF
                                     EMERYVILLE

                                     By_____
                                       Michael G. Biddle
                                       Micheal C. Guina
                                       Attorneys for Plaintiff, City of Emeryville


9  DATED: February __, 2010          LEWIS BRISBOIS BISGAARD & SMITH LLP




                                     By_____
                                       Ralph A. Zappala
                                       Shahram Nassi
                                       Attorneys for Defendant, The Sherwin-Williams Co.


16  **IT IS SO ORDERED.**

18  PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is
    continued to __June 4__, 2010 at __1:30__ a.m./p.m, in Department _____. Courtroom A, 15th Floor.


22  DATED: __Feb. 9__, 2010

                                     _____
                                     MAGISTRATE
                                     Judge Joseph C. Spero

4821-4197-0437.1

STIPULATION TO CONTINUE CMC HEARING

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW