1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   RALPH A. ZAPPALA, SB# 102052
2      zappala@lbbslaw.com
   SHAHRAM NASSI, SB# 239812
3      nassi@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendant, THE SHERWIN-WILLIAMS COMPANY

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CITY OF EMERYVILLE, | CASE NO. 3:09-CV-05680-JCS |
| Plaintiff, | **E-FILING** |
| v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER.** |
| THE SHERWIN WILLIAMS COMPANY, DOES 1-50, | Date: March 12, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom A - 15th Floor<br>Judge: Honorable Joseph C. Spero |
| Defendants. | |

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Defendant THE SHERWIN-WILLIAMS COMPANY and Plaintiff CITY OF EMERYVILLE (collectively referred to herein as "the Parties"), by and through their respective counsel of record, that the Case Management Conference set for March 12, 2010 at 1:30 p.m. be continued for 90 days.

The Parties have engaged in meaningful discussions about a potential resolution of this matter, and request the continuance in order to schedule a meeting between representatives of each party to negotiate a potential resolution.

The Parties also request that all related dates, be continued as well in relation to the new Case Management Conference hearing date.

/ / /

4821-4197-0437.1

STIPULATION TO CONTINUE CMC HEARING

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

1  IT IS SO STIPULATED.

2

3  DATED: February __, 2010                OFFICE OF THE CITY ATTORNEY, CITY OF
                                           EMERYVILLE
4

5                                          By _____
                                              Michael G. Biddle
6                                             Micheal C. Guina
                                              Attorneys for Plaintiff, City of Emeryville
7

8

9  DATED: February __, 2010                LEWIS BRISBOIS BISGAARD & SMITH LLP
10

11

12
                                           By _____
13                                            Ralph A. Zappala
                                              Shahram Nassi
14                                            Attorneys for Defendant, The Sherwin-Williams Co.

15

16 **IT IS SO ORDERED.**

17

18      PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is
                                                Courtroom A, 15th Floor.
19 continued to __June 4_____, 2010 at _1:30_ ~~a.m.~~/p.m, in ~~Department~~ _____.

20

21

22 DATED: __Feb. 9____, 2010

23                                         MAGISTRATE _____
                                           Judge Joseph C. Spero
24

25

26

27

28

4821-4197-0437.1

STIPULATION TO CONTINUE CMC HEARING

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW