LEWIS BRISBOIS BISGAARD & SMITH LLP
RALPH A. ZAPPALA, SB# 102052
   zappala@lbbslaw.com
SHAHRAM NASSI, SB# 239812
   nassi@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant, THE SHERWIN-WILLIAMS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CITY OF EMERYVILLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE SHERWIN WILLIAMS COMPANY, DOES 1-50,<br><br>　　　　Defendants. | CASE NO. 3:09-CV-05680-JCS<br><br>**E-FILING**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER.**<br><br>Date:　　June 4, 2010<br>Time:　　1:30 p.m.<br>Place:　　Courtroom A - 15th Floor<br>Judge:　　Honorable Joseph C. Spero |

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Defendant THE SHERWIN-WILLIAMS COMPANY and Plaintiff CITY OF EMERYVILLE (collectively referred to herein as "the Parties"), by and through their respective counsel of record, that the Case Management Conference set for June 4, 2010 at 1:30 p.m. be continued for 60 days.

The Parties engaged in meaningful discussions about a potential resolution of this matter, and have reached a tentative settlement agreement.

The Parties request the continuance in order to finalize the terms and details of the settlement agreement and execute the agreement.

The Parties also request that all related dates be continued as well in relation to the new Case Management Conference hearing date.

4842-0711-7318.1

STIPULATION TO CONTINUE CMC HEARING

IT IS SO STIPULATED.

DATED: May 17, 2010  LOW, BALL & LYNCH

By _____S/S_____
Tom LoSavio
Attorneys for Plaintiff, City of Emeryville

DATED: May 17, 2010  LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____S/S_____
Ralph A. Zappala
Shahram Nassi
Attorneys for Defendant, The Sherwin-Williams Co.

**IT IS SO ORDERED.**

PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is continued to __July 23__, 2010 at __1:30__ a.m./p.m, in ~~Department~~ Courtroom A, 15th Floor.

DATED: __May 19__, 2010

_____
MAGI... Joseph C. Spero
(Judge Joseph C. Spero)

4842-0711-7318.1

STIPULATION TO CONTINUE CMC HEARING

**FEDERAL COURT PROOF OF SERVICE**
City of Emeryville v. The Sherwin Williams Co., et al., Case No. 3:09-cv-05680-JCS

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 18, 2010, I served the following document(s): **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED ORDER.**
(Chamber's copy will be delivered by noon, 3/19/10; and (proposed) Order sent to appropriate court e-mail)

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable): PERSONS LISTED ON COURT'S CM/ECF SYSTEM.

The documents were served by the following means:

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 18, 2010, at San Francisco, California.

_Arleigh Koulax_
Arleigh Koulax

4828-2994-4838.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP