1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   RALPH A. ZAPPALA, SB# 102052
2         zappala@lbbslaw.com
   SHAHRAM NASSI, SB# 239812
3         nassi@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendant, THE SHERWIN-WILLIAMS COMPANY

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| CITY OF EMERYVILLE,              | ) CASE NO. 3:09-CV-05680-JCS |
|----------------------------------|------------------------------|
|          Plaintiff,              | ) **E-FILING**               |
|       v.                         | ) **NOTICE OF SETTLEMENT OF ENTIRE CASE AND (PROPOSED) ORDER** |
| THE SHERWIN WILLIAMS COMPANY, DOES 1-50, | )                    |
|          Defendants.             | ) Judge:  Honorable Joseph C. Spero |

TO THE HONORABLE COURT:

   PLEASE BE ADVISED that Plaintiff, CITY OF EMERYVILLE, and Defendant THE SHERWIN-WILLIAMS COMPANY (collectively referred to herein as "the Parties") have reached a settlement in the above referenced matter.  A Request for Dismissal as to the entire action will be filed with the Court as soon as the parties have exchanged and executed all of the appropriate settlement documents and settlement proceeds have been disbursed.

///
///
///
///
///

4816-8713-5751.1



CIVIL ACTION NO.: 3:09-CV-05680-JCS
NOTICE OF SETTLEMENT OF ENTIRE CASE

1     Therefore, the Parties request that the Case Management Conference set for August 27, 2010 at 1:30 p.m. be taken off calendar.

Respectfully submitted,

DATED: August 20, 2010      LOW, BALL & LYNCH

By /S/
Tom LoSavio
*Attorneys for Plaintiff, City of Emeryville*

DATED: August 20, 2010      LEWIS BRISBOIS BISGAARD & SMITH LLP

By /S/
Ralph A. Zappala
Shahram Nassi
*Attorneys for Defendant, The Sherwin-Williams Co.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Shahram Nassi, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2010, in San Francisco, California.

By /S/
Shahram Nassi

**IT IS SO ORDERED.**

PURSUANT TO the representation of the Parties that they have reached a seettlement in this matter, the Case Management Conference scheduled for August 27, 2010 will be taken off calendar.

DATED: 08/24, 2010      Honorable Judge Joseph C. Spero

4816-8713-5751.1

CIVIL ACTION NO.: 3:09-CV-05680-JCS
NOTICE OF SETTLEMENT OF ENTIRE CASE